**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00921-CMA-MEH

GARY WILLIAMS, and
PEGGY WILLIAMS,

    Plaintiffs,

v.

CITIBANK N.A.,
CHASE HOME FINANCE, LLC, and
JOHN DOES 1-10, et al.,

    Defendants.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

---

Pursuant to and in accordance with Plaintiffs' Motion to Terminate, (Doc. # 21) signed by the Plaintiffs hereto, it is

ORDERED that the Complaint and cause of action are dismissed without prejudice, each party to pay its own costs and attorneys' fees.

DATED: May 27, 2011.

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge